```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 34087
   WILLIE MOORE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5500


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/12/2008 and was not confirmed.

     The case was dismissed without confirmation 01/15/2009.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
EMC MORTGAGE CORPORATION MORTGAGE NOTI NOT FILED            .00          .00
BANK OF AMERICA NATIONAL CURRENT MORTG       .00            .00          .00
BANK OF AMERICA NATIONAL SECURED NOT I  157305.41           .00          .00
FORD MOTOR CREDIT        SECURED NOT I   15069.48           .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                         .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                 .00
SECURED                                                  -.00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                           ---------------      ---------------
TOTALS                          .00                      .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 03/05/09                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```